Trenton R. Kashima (SBN 291405)
Milberg Coleman Bryson Phillips Grossman, PLLC
402 West Broadway, Suite 1760
San Diego, California 92101
T: (212) 946-8389
tkashima@milberg.com

*Attorneys for Plaintiffs*

Krista M. Enns (CA 206430)
Natalie M. Cuadros (CA 326368)
Benesch, Friedlander, Coplan & Aronoff LLP
100 Pine Street, Suite 3100
San Francisco, California 94111
Telephone:   628.600.2250
Facsimile:    628.221.5828
kenns@beneschlaw.com
ncuadros@beneschlaw.com

Laura E. Kogan (*pro hac vice*)
Benesch, Friedlander, Coplan & Aronoff LLP
200 Public Square, Suite 2300
Cleveland, Ohio 44114
Telephone: 216.363.4500
lkogan@beneschlaw.com

*Attorneys for Defendant*
*CVS PHARMACY, INC.*

# IN THE UNITED STATES DISTRICT COURT

# FOR THE NORTHERN DISTRICT OF CALIFORNIA

# SAN JOSE DIVISION

| | |
|---|---|
| SANDRA CHACON and LESLIE GREEN, individually and on behalf of all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>CVS PHARMACY, INC.,<br><br>Defendant. | Case No. 5:22-cv-00983-EJD<br><br>**STIPULATION OF VOLUNTARY DISMISSAL WITHOUT PREJUDICE** |

**TO THE CLERK OF THE NORTHERN DISTRICT OF CALIFORNIA AND ALL COUNSEL OF RECORD:**

**PLEASE TAKE NOTICE** that pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i), Plaintiffs Sandra Chacon and Leslie Green, individually and on behalf of all others similarly situated, and Defendant CVS Pharmacy, Inc., by and through undersigned counsel, respectfully and jointly submit this Stipulation of Voluntary Dismissal Without Prejudice. Plaintiffs and Defendant agree that each party shall be responsible for his/her/its own fees and costs.

Dismissal is proper under Rule 41(a)(1)(A)(ii), as Defendant has not served its answer or a motion for summary judgment in this action. A class has not been certified in this action; thus, this voluntary dismissal does not implicate the requirements of Rule 23(e). FED. R. CIV. P. 23(e) ("The claims, issues, or defenses of a certified class may be settled, voluntarily dismissed, or compromised only with the court's approval."); Committee Notes on Rule 23 – 2003 Amendment ("The new rule requires approval only if the claims, issues, or defenses of a certified class are resolved by a settlement, voluntary dismissal, or compromise.").

Here, there is no evidence the case has been widely publicized (at least outside the normal media associated with the filing of any lawsuit) or that any putative class members are relying on this action. *Mahan v. Trex Co.*, No. 5:09-CV-00670 JF PVT, 2010 WL 4916417, at *3 (N.D. Cal. Nov. 22, 2010) ("With respect to 'reliance' on the part of absent putative class members, '[t]he danger of reliance is ... generally limited to actions that would be considered of sufficient public interest to warrant news coverage of either the public or trade-oriented variety [, and such reliance] can occur only on the part of those persons learning of the action who are sophisticated enough in the ways of the law to understand the significance of the class action allegation.'").

Therefore, pursuant to Rule 41(a)(1)(A)(i), Plaintiffs may notice dismissal of this case.

Respectfully submitted,

Dated: March 30, 2023

*/s/Trenton R. Kashima*
Trenton R. Kashima (SBN 291405)
**MILBERG COLEMAN BRYSON PHILLIPS GROSSMAN PLLC**
402 West Broadway, Suite 1760
San Diego, California 92101
T: (212) 946-8389
tkashima@milberg.com
*Attorneys for Plaintiffs*

Dated: March 30, 2023

*/s/ Krista M. Enns*
Krista M. Enns (CA 206430)
BENESCH, FRIEDLANDER, COPLAN & ARONOFF LLP
100 Pine Street, Suite 3100
San Francisco, California 94111
Telephone:     628.600.2250
Facsimile:      628.221.5828
kenns@beneschlaw.com

3

STIPULATION OF VOLUNTARY DISMISSAL WITHOUT PREJUDICE

I, Trenton R. Kashima, am the ECF user whose ID and password are being used to file this Joint Stipulation to Extend Time to Respond to Complaint. In compliance with Civil Local Rule 5-1(i)(3), I hereby attest that Krista M. Enns has concurred in this filing.

Dated: March 30, 2023            /s/ *Trenton R. Kashima*
                                 Trenton R. Kashima

STIPULATION OF VOLUNTARY DISMISSAL WITHOUT PREJUDICE